1  **DICKINSON WRIGHT PLLC**
   MICHAEL N. FEDER
2  NV Bar No. 7332
   Email: mfeder@dickinson-wright.com
3  GABRIEL A. BLUMBERG
   NV Bar No. 12332
4  Email: gblumberg@dickinson-wright.com
   8363 West Sunset Road, Suite 200
5  Las Vegas, Nevada 89113-2210
   Tel: (702) 550-4400
6  Fax: (844) 670-6009

7  **COBLENTZ PATCH DUFFY & BASS LLP**
   RICHARD R. PATCH (*Pro Hac Vice Application to be Submitted*)
8  CA Bar No. 88049
   Email: rrp@cpdb.com
9  One Montgomery Street, Suite 3000
   San Francisco, CA 94104
10 Tel: (415) 391-4800
   Fax: (415) 989-1663

*Attorneys for Defendant*
*Cox Communications, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| David Brodeur, *individually and on behalf of all others similarly situated,* | CASE NO. 2:18-CV-00024-RFB-VCF |
|---|---|
| Plaintiff, | **STIPULATION [AND PROPOSED ORDER] FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| Cox Communications, Inc. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that the Defendant's time to file an answer, move, or other otherwise file a responsive pleading to the Plaintiff's Complaint be extended by thirty (30) days, up to and

///
///
///
///
///

1

including March 1, 2018.

This is the first requested extension, and it is for good cause and not for purposes of delay.

DATED this 29th day of January 2018.

DICKINSON WRIGHT PLLC


/s/ Michael N. Feder
Michael N. Feder (NV Bar No. 7332)
Gabriel A. Blumberg (NV Bar No. 12332)
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

COBLENTZ PATCH DUFFY & BASS LLP
Richard R. Patch (CA Bar No. 88049)
(*Pro Hac Vice Application to be Submitted*)
One Montgomery Street, Suite 3000
San Francisco, CA 94104

*Attorneys for Defendant
Cox Communications, Inc.*

DATED this 29th day of January 2018.

KAZEROUNI LAW GROUP, APC


/s/ Michael Kind
Michael Kind (NV Bar No. 13903)
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148

*Attorneys for Plaintiff David Brodeur*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-30-2018

2